IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                              CASE NO. 5:17-CR-50028

VALENTE CARRILLO-URIAS                                                                DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 27) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on May 9, 2019. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 27) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion for Reduction of Sentence (Doc. 25) is **DENIED**.

**IT IS SO ORDERED** on this 29th day of May, 2019.


/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

1