IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                               **PLAINTIFF**

**V.**                           **CASE NO. 5:17-CR-50028**

**VALENTE CARRILLO-URIAS**                                                          **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 31) of United States Magistrate Judge Christy Comstock, filed on September 17, 2021. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 31) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* "Motion for Hardship Credit For Hard Time Served" (Doc. 29) is **DENIED**.

**IT IS SO ORDERED** on this 5th day of October, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE